

**UTAH HIGHER EDUCATION
ASSISTANCE AUTHORITY**

Loan Servicing
www.uheaa.org

## CHANGE OF ADDRESS FORM

DATE:        September 7, 2016

RE:        16-13657-PA
        SPASOJE JOVANOVIC

SEP 1 2 2016
2016

Please change or add our agency name and/or address to the mailing matrix to read as follows:

Name:        UHEAA

Address:        PO Box 145108

City:        Salt Lake City

State/ZIP:        UT  84114-5108

Thank you,

Signed:        Kristen Lorensen
        Supervisor of Asset Management
        Utah Higher Education Assistance Authority

BKCOA

Local: (801) 321-7236
Toll Free: (877) 336-7397
Fax: (801) 366-8430
TDD: (801) 321-7130

E-Mail: uheaa@utahsbr.edu
www.uheaa.org

The Gateway  60 S 400 W  Salt Lake City UT
P O Box 145111  Salt Lake City UT  84114-5111

UTAH SYSTEM OF
HIGHER EDUCATION
Building a Stronger State of Minds™

facebook.com/uheaa
twitter.com/uheaa
youtube.com/uheaa

